UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case No.  08-2282

THOMAS J. CAPANO

VS.

WARDEN PERRY PHELPS, ET AL.

———————————

SUR PETITION FOR REHEARING

———————————

Present: SCIRICA, <u>Chief</u> <u>Judge</u>, SLOVITER, McKEE,
RENDELL, BARRY, AMBRO, FUENTES, SMITH,  FISHER,
CHAGARES, JORDAN, and  HARDIMAN, <u>Circuit</u> <u>Judges</u>

    The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the circuit judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,


 /s/ D. Brooks Smith
Circuit Judge

Dated: August 26, 2008
CRG/cc: Joseph M. Bernstein, Esq.
        Elizabeth R. McFarlan, Esq.